1  **ANTHONY E. COLOMBO JR.**
   California State Bar No. 218411
2  The Senator Building, 3rd Fl.
   105 West "F" Street
3  San Diego, CA 92101
   (619) 236-1704 / Fax: (619) 236-1852
4  E-Mail: anthonycolombolegal@yahoo.com

5  Attorney for Mr. Roberto Heredia-Mazera

6

7

8                  UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10              **(HONORABLE JANIS L. SAMMARTINO)**

11  UNITED STATES OF AMERICA,          )    CASE NO. 08CR0437-JLS
                                       )
12                      Plaintiff,     )    DATE: April 18, 2008
                                       )    TIME:  9:30 A.M.
13  v.                                 )
                                       )    NOTICE OF MOTIONS AND MOTIONS TO:
14  ROBERTO HEREDIA-MAZERA,            )
                                       )    (1)    COMPEL DISCOVERY AND
15                      Defendant.     )           PRESERVE EVIDENCE;
                                       )    (2)    SUPPRESS STATEMENTS; AND
16                                     )    (3)    GRANT LEAVE TO FILE FURTHER
                                       )           MOTIONS
17                                     )
                                       )
18                                     )
                                       )
19  _____ )

20  TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
           MARK CONOVER, ASSISTANT UNITED STATES ATTORNEY:

21

22         PLEASE TAKE NOTICE that on April 18, 2008 at 9:30 a.m., or as soon thereafter as counsel may

23  be heard, defendant, Roberto Heredia-Mazera, by and through his attorney,  Anthony E. Colombo Jr., will

24  ask this Court to enter an order granting the following motions.

25

26

27

28
                                                                        08CR0437-JLS

## MOTIONS

Defendant, Roberto Heredia-Mazera, by and through his attorney, Anthony E. Colombo Jr., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1)    Compel Discovery/Preserve Evidence;
(2)    Suppress Statements; and
(3)    Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,


*/s/ Anthony E. Colombo Jr.*

Dated: April 14, 2008            **ANTHONY E. COLOMBO JR.**
Attorney for Mr. Heredia-Mazera
anthonycolombolegal@yahoo.com