1  **ANTHONY E. COLOMBO JR.**
California State Bar No. 218411
2  The Senator Building
105 West "F" Street 3rd Floor
3  San Diego, California 92101
Telephone: (619) 236-1704
4

5  Attorney for Mr. Roberto Heredia-Mazera

6

7                  UNITED STATES DISTRICT COURT

8                  SOUTHERN DISTRICT OF CALIFORNIA

9                  (**HONORABLE JANIS L. SAMMARTINO**)

10 UNITED STATES OF AMERICA,        )    CASE NO. 08CR0437-JLS
                                    )
11         Plaintiff,               )    DATE:  April 18, 2008
                                    )    TIME:  9:30 A.M.
12 v.                               )
                                    )    MOTION FOR ORDER TO SHORTEN
13 **ROBERTO HEREDIA-MAZERA**,      )    TIME
                                    )
14         Defendant.               )
   _____ )

15 TO:    KAREN P. HEWITT, SPECIAL UNITED STATES ATTORNEY, AND
         MARK CONOVER, ASSISTANT UNITED STATES ATTORNEY:
16

17      The above-named defendant, by and through counsel, moves this Court for an order shortening time

18 in the attached *Motions*, to be heard on April 18, 2008 at 9:30 a.m., or as soon thereafter as counsel may be

19 heard, for the following reasons:

20      1)      The April 18, 2008 hearing was short set by the Court on Friday April 11, 2008, and it
                was impossible for defense counsel to file the motions sooner.
21

22      The undersigned counsel swears to the best of his knowledge that the foregoing information is true

23 and correct.  A courtesy copy has been provided to Assistant United States Attorney Todd Robinson.

24

25                              Respectfully Submitted,

26                              */s/ Anthony E. Colombo Jr.*
   DATED: April 14, 2008        **ANTHONY E. COLOMBO JR.**
27                              Attorney for Defendant

28