UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 08CR0437-JLS |
| Plaintiff, ) | |
| ) | Date: April 18, 2008 |
| v. ) | Time: 9:30 a.m. |
| ) | |
| ROBERTO HEREDIA-MAZERA, ) | ORDER SHORTENING TIME |
| Defendant. ) | |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that defendant's Motion to Shorten Time so that his Motions are heard on April 18, 2008 at 9:00 a.m. is granted.

DATED: April 15, 2008

_Janis L. Sammartino_
Honorable Janis L. Sammartino
United States District Judge